PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Luis Alberto Morales-Caballero |
| **Docket Number:** | 1:03CR5051-001 OWW |
| **Offender Address:** | USP Lompoc, Lompoc, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Court Judge<br>Fresno, California |
| **Original Sentence Date:** | July 7, 2003 |
| **Original Offense:** | Deported Alien Found in the United States (CLASS C FELONY) |
| **Original Sentence:** | 15 months prison; 3 years TSR, $100 Special Assessment |
| **Special Conditions:** | Search and deportation |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | 02/19/2004 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.    NEW LAW VIOLATION**

On March 20, 2006, the releasee was convicted of Illegal Entry, 8 USC 1325, by the U.S. District Court, District of Arizona (Case No. 06-01615-001 M-P), and was sentenced to six months prison; in violation of his standard terms and conditions of supervised release.

**2.    Details of alleged non-compliance:** Following the releasee's conviction by our district, he was released to Immigration officials for deportation on February 19, 2004. He was arrested by federal agents on March 6, 2006.

**United States Probation Officer Plan/Justification:** The releasee will have served the above referenced sentence as of September 5, 2006. No adverse action is recommended given that the new law violation activity has been satisfactorily addressed by Arizona and when considering that the releasee will be deported following his release from prison.

Respectfully submitted,

/s/ Melinda S. Peyret
**MELINDA S. PEYRET**
**U.S. Probation Officer**

**DATED:** 4/19/2006
Fresno, California
mp

**REVIEWED BY:**   /s/  Bruce Vasquez
**BRUCE A. VASQUEZ**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

IT IS SO ORDERED.

**Dated:**   **April 24, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE